DET 040247

14

# U.S. DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN (Detroit)
## SOUTHERN DIVISON

JOSEPH MULLINS
        Plaintiff

Vs

REDFORD TOWNSHIP, a
municipal corporation;
WILLIAM HAND, in his
official and individual
capacities; MICHAEL BOSNIC, in
his official and individual
capacities;
        Defendants.

Case:2:12-cv-10702
Judge: Edmunds, Nancy G.
MJ: Michelson, Laurie J.
Filed: 02-16-2012 At 10:17 AM
cmp Mullins v. Redford, Township of
, et al (tam)

## COMPLAINT AND JURY DEMAND

NOW COMES JOSEPH MULLINS, and says unto this honorable court in support of his suit against Defendants;

1. This action arises under 42 USC 1983, Jurisdiction is conferred by 28 USC 1331, 1343(3),(4).

2. Plaintiff is a resident of Redford Twp, Wayne County Michigan.

3. Defendant, William Hand (hereafter Defendant Hand), is , to the best of Plaintiff knowledge, information and belief a resident of Redford Twp, Wayne County, Michigan and at all material times was employed by Defendant, Redford Twp. as a police officer.

4. Defendant, Michael Bosnic (hereafter Defendant Bosnic), is, to the best of Plaintiff knowledge, information and belief a resident of Redford Twp, Wayne County, Michigan and at all material times was employed be Defendant, Redford Twp. as an extension of the police department.

5. When the events alleged in the complaint occurred, Defendants police officer Hand and extensions to police officers Defendant Bosnic were acting within the scope of their employment and under color of law and subject to the 42 USC 1983 statute.

6. The amount in controversy exceeds $75,000.00.

7. Defendant Hand, arrived un-invited by Plaintiff Joseph Mullins (hereafter Plaintiff Mullins) place of residence in Redford Twp, Wayne County, Michigan, around 1:00 am on January the 30th 2012 and began pounding on the front door as if in a state of fury, and then without probable cause entered a close gate in the back yard of the Plaintiff's place of residence and began shouting threw a window asking the Plaintiff Mullins to open the front door, it being after 1:00 am and the Plaintiff Mullins having had several unfortunate experiences with Redford Twp and having a current law suit pending against Redford Twp, the plaintiff in his wise judgment declined under these circumstances.

8. Defendant Hand, did in fact ask a few brief question threw the window and should have and could have asked what happened, having no interest in making a reasonable investigation, having made no attempt to contact Plaintiff during day light normal business hours, Defendant Hand along with his representative Defendant Bosnic did illegally charge Plaintiff Mullins with a "Assault & Battery".

9. Plaintiff Mullins acting in a reasonable manner did contact the Redford Twp police department on Friday, February 10th at around 12:00 noon latter that day Redford Police did appear at Plaintiff Mullins Redford Twp residence and asked a

written "witness statement" be fill out, Plaintiff Mullins obliged filled out the requested document and both faxed and emailed this to Defendant Redford Twp on February 11th 2012 at email time of 4:00pm, the cover letter attached and marked exhibit A the witness statements attached and marked exhibits B and C.

10. Plaintiff has had no response from any of the Defendant's and is unaware of any action taken, this is denying with intent to deny Plaintiff Mullins his right to due process of law and equal protection under the law, violations of both the 4th amendment and 14th amendment of the United States Constitution.

11. Defendants Redford Twp., Hand and Bosnic, have illegally initiated an action against Plaintiff Mullins, in Redford Twp State District Court copy of that notice is attached and marked exhibit D.

## COUNT ONE

## VIOLATION THE FOURTH AND FOURTEENTH AMENDMENTS

12. Plaintiff incorporates allegations contained in proceeding paragraphs by reference.

13. Defendants Redford Twp, Hand and Bosnic, have denied Plaintiff Mullins his right to due process under the law, by claiming they have probable cause when in fact they do not, and defendants have charged Plaintiff Mullins in a criminal case without probable cause.

14. Defendants Redford Twp, Hand and Bosnic, have denied Plaintiff Mullins his right to due process under the law, equal protection under the law, by ignoring Plaintiff Mullins assertions and "witness statement" that he was in the early

morning hours around 1:00 am assaulted by a drunken man showing up, without an invitation, at Plaintiff's Redford residence.

## COUNT TW0

## MALICIOUS PROSECUTION

15. Plaintiff incorporates allegations contained in proceeding paragraphs by reference.

16. Defendants Redford Twp, Hand and Bosnic are in fact using an unfortunate occurrence to prosecute Plaintiff Mullins, not for an altercation which occurred on 01/30/2012 but for multiply bad experiences the parties have encountered among one another over the past several years.

17. Defendants Redford Twp, Hand and Bosnic have **failed** to refer this unfortunate occurrence (01/30/12) to the Wayne County Prosecutors Office and are prosecuting this unfortunate occurrence as a "police prosecution" and **without** the constitutional due process provisions of an *objective prosecutor.*

## COUNT THREE

## CONFLICT OF INTEREST ABUSE OF PROCESS

18. Plaintiff incorporates allegations contained in proceeding paragraphs by reference.

19. Defendants or persons standing in privity, are currently being sued by Plaintiff Mullins in Kentucky State Circuit Court in ongoing litigation which was filed May 28, 2007 case number 07 CI 00185 and Kentucky Court of Appeals case numbers 2008 CA 1818 and 2010 CA 1915 and current unresolved Kentucky

Supreme Court case number 2012 SC 000042 which is active case statutes attached and marked exhibit E.

20. Defendants or persons standing in privity have been sued by Plaintiff Mullins in two prior actions 05 CV 70003 JF VMM and 03 CV 70542 JF.

21. Plaintiff is asserting unto the court the action by Defendants is illegal by virtue of the quite obvious conflict of interest, making such conflict of interest a violation of Plaintiff Mullins right to due process, this is especially true when Defendants have not requested an un-interested third party ie Wayne County Prosecutors Office to prefer the charges.

## COUNT FOUR

## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

22. Plaintiff incorporates allegations contained in proceeding paragraphs by reference.

23. Defendants extreme and outrageous conduct caused Plaintiff fear, anxiety, embarrassment, shame and humiliation.

24. Defendants are liable to Plaintiff for this extreme emotional distress.

25. Defendants by virtue of making a malicious prosecution have caused great amount of business damanges.

## COUNT FIVE

## INTENTIONAL SLANDER AND LIBEL

27. Defendants have made oral and written statements (exhibit D) slandering Plaintiff Mullins and causing previous good business name of "Joe Mullins" to be associated with and accused of "Assault and Battery".

28. Defendants have done permanent irreversible damage to the Joe Mullins name the insurance business he represents and have cause business loss's and great psychological damage.

## RELIEF REQUEST

Plaintiff request that this Honorable Court enter Judgment against Defendants, jointly and severally, in excess of $75,000.00, plus cost, fees and other relief the count may grant, or an amount deemed appropriate by a jury's verdict.

## DEMAND FOR JURY TRIAL

Plaintiff demands a Jury Trial.

In Pro Se

*[signature]*

JOSEPH MULLINS
11364 INKSTER RD
REDFORD MI 48239
734 762 0000
FAX 313 937 6100
Dated this 15th day of February 2012.



**Supervisor Tracey Schultz Kobylarz**
DEAR MRS SCHULTZ KOBYLARZ

Please review the situtation with the Redford Police.

It appears without any due process afforded Mr Mullins the Redford Police are takeing the word of a drunk man from Sterling Heights Mi and ready to start court proceeding against Mr Mullins.

We find this to be a violation of Mr Mullins civil rights;

1. To due process
2. Equal protection

We also believe any action started by Redford Police or there representive is unethical in that Mr Mullins still has a case pending in the Kentucky Supreme Court where Redford Police are defendants.

Mr Mullins would surely file a new action against Reford if his civil rights were any further violated.

I wish we were comunicating on a more pleasant subject.

joe mullins

EXHIBIT A

Subject: RETURN OF WITNESS STATEMENT 01 30 2012 INCIDENT
From: JOSEPH MULLINS (jmull43333@yahoo.com)
To: supervisor@redfordtwp.com;
Date: Saturday, February 11, 2012 4:00 PM

**Supervisor Tracey Schultz Kobylarz**
DEAR MRS SCHULTZ KOBYLARZ

Please review the situtation with the Redford Police.

It appears without any due process afforded Mr Mullins the Redford Police are takeing the word of a drunk man from Sterling Heights Mi and ready to start court proceeding against Mr Mullins.

We find this to be a violation of Mr Mullins civil rights;

1. To due process
2. Equal protection

We also believe any action started by Redford Police or there representive is unethical in that Mr Mullins still has a case pending in the Kentucky Supreme Court where Redford Police are defendants.

Mr Mullins would surely file a new action against Reford if his civil rights were any further violated.

I wish we were comunicating on a more pleasant subject.


joe mullins

EXHIBIT A1

# WITNESS STATEMENT

**REDFORD TOWNSHIP POLICE DEPARTMENT**

**CASE NUMBER**

## IDENTIFICATION

**NAME:** JOSEPH MULLINS
**PHONE NO.:** 313-937-6100
**STREET ADDRESS / CITY / ZIP:** 11364 INKSTER, REDFORD, MI. 48239
**RACE:** WHITE
**SEX:** MALE
**AGE:** 54
**DATE OF BIRTH:** 9-15-1957
**PHONE NO.:** 734-762-0000
**EMPLOYER:** WORLDWIDE UNA
**ADDRESS:**
**PHONE NO.:**
**RELATIONSHIP TO INCIDENT:** ASSAULT VICTIM
**CAN BE CONTACTED AT:** 313-937-6100
**STATEMENT TAKEN BY:**
**LOCATION, DATE & TIME OF STATEMENT:** REDFORD 2-11-12 2:28 PM

## STATEMENT

ON SUNDAY MORNING AT AROUND 1:00 AM DAVID WILSON BEGAN POUNDING ON MY BRAND NEW FRONT DOOR I THOUGHT HE WAS GOING TO BREAK THE GLASS.

SARA A FRIEND OF MR WILSON WAS STAYING WITH ME BECAUSE MR WILSON HAD ASSAULT HER FEW DAYS PRIOR AT A STELING HIS APARTMENT THEY WERE SHARING. SARA WAS SLEEPING IN THE UPSTAIRS BEDROOM.

SARA ALLOWED MR WILSON IN THUR THE FRONT DOOR. I ASK MR WILSON TO STOP CALLING ME IN THE MIDDLE OF THE KNIGHT. HE APPEARED AND SMELLED DRUNK.

MR. WILSON GOT NASTE WITH ME AND SARA, AND I ASKED HIM TO LEAVE. HE WENT TO HIS VEHICLE IN THE DRIVE WAY AND STARTED BLOWING THE HORN AFTER SITTING IN MY DRIVEWAY FOR ABOUT 30 MIN I WALK ON THE PORCH AND SAID DAVID YOU HAVE TO LEAVE. HE SAID "WHO'S GOING TO MAKE ME, YOUR OLD ASS"

**SIGNATURE:** J. Mullins
**DATE:** 2-11-12

Form CIB02

EXHIBIT B

PAGE 2 OF 2

# WITNESS STATEMENT

**REDFORD TOWNSHIP POLICE DEPARTMENT**

**CASE NUMBER**

## IDENTIFICATION

**NAME:** JOSEPH MULLINS
**PHONE NO.:** 313-937-6100
**STREET ADDRESS / CITY / ZIP:** 11364 INKSTER RD
**RACE:** WHITE **SEX:** M **AGE:** 54
**DATE OF BIRTH:** 9-15-1957
**PHONE NO.:** 734-762-0000
**ADDRESS:**
**PHONE NO.:**
**EMPLOYER:** WORLDWIDE UND
**RELATIONSHIP TO INCIDENT:** ASSAULT VICTIM
**CAN BE CONTACTED AT:** 734-762-0000
**STATEMENT TAKEN BY:**
**LOCATION, DATE & TIME OF STATEMENT:** REDFORD 2-11-12 - 2:28 PM

## STATEMENT

MR WILSON THEN GOT OUT OF HIS VEHICLE AND MOTIONED MR MULLINS TO COME CLOSER TO HIM.

MR MULLINS INTERESTED IN CONVINCING MR WILSON TO LEAVE W/O DISTURBING HIS NEIGHBOR APPROACHED MR WILSON WHO IMMEDIATELY STARTED SWINGING AT MR MULLINS HIT HIM IN THE HEAD. THE HEAD WOUND IS PHOTOGRAPHED AND WILL BE PROVIDED VIA-EMAIL AT YOUR REQUEST.

MR MULLINS IN AN INTEREST TO AVOID ANY FURTHER INJURY TO HIMSELF, RETURNED FORCE AND MR WILSON AVENTUALY GOT IN HIS VEHICLE. MULLINS THOUGHT TO LEAVE, BUT MR WILSON CALL REDFORD POLICE, WHO APARENTLY HAVE IMMEDIATELEY TAKEN MR WILSON' SIDE.

IF ANYONE SHOULD BE PROSECUTED IT SHOULD BE MR WILSON, HE WAS DRUNK AND DISTURBING A REDFORD RESIDENT AT 1:00 AM ON SUNDAY.

**SIGNATURE:** M Mullins
**DATE:** 2-11-12

Form CIB02

EXHIBIT C

```
MICHIGAN                    NOTICE TO APPEAR           CASE NO 1112106315      OM
JUDICIAL DISTRICT                                      X-REF:   1200695
```

| | |
|---|---|
| Court Address 15111 BEECH DALY REDFORD, MI 48239 | Court Telephone (313) 387-2790 |

| Plaintiff {_}Personal service<br>TOWNSHIP OF REDFORD | YOU ARE DIRECTED TO APPEAR AT:<br>{X}The court address above, courtroom ____<br>{_}MUST BRING THIS NOTICE TO THE REDFORD TWP POLICE DEPT AT 7:30 AM TO BE PROCESSED |
|---|---|
| V | |
| Defendant {_}Personal service<br>MULLINS/JOSEPH/FARRIS<br>11364 INKSTER<br>REDFORD, MI 48239 | Judge KAREN KHALIL           P-41981<br>FOR THE FOLLOWING PURPOSE:<br>                DAY    DATE    TIME |
| Pltf Atty/People {_}Personal service<br>P-52659<br>MICHAEL L. BOSNIC<br>710 N CROOKS RD<br>CLAWSON, MI 48017 | {_}Pre-trial Conf.<br>{_}Prelim Exam.<br>{_}Jury Selection<br>{_}Jury Trial |
| Defendant's Atty {_}Personal service | {_}Non-Jury Trial<br>{_}Sentencing<br>{_}Motion<br>{X}Arraignment     THU  2/16/12  8:30 AM<br>{_}Informal Hrg.<br>{_}Formal Hearing<br>{_}<br>{_}The above matter is adjourned from |

```
  IMPORTANT: READ THIS CAREFULLY
1. Bring this notice with you.
2. No case may be adjourned except by
   authority of the judge for good
   cause shown.
3. FAILURE OF THE DEFENDANT TO APPEAR
   in a civil case may cause a default
   judgment to be entered. FAILURE OF
   THE PLAINTIFF TO APPEAR may result
   in a dismissal of the case.
4. FAILURE TO APPEAR in a criminal case
   may subject you to the penalty for
   contempt of court, and a bench
   warrant may be issued for your arrest.
5. If you intend to employ a lawyer, s/he
   should be notified of the date at once.
6. If you require special accommodations
   to use the court because of disabilities,
   please contact the court immediately to
   make arrangements.
```

Offense:
1) ASSLT & BAT

Officer: HAND, W

CAD     Clerk/Administrator

**CERTIFICATE OF MAILING**
I certify that on this date, copies of this notice were served upon the parties/attorneys by ordinary mail at the addresses shown above.

Date 2·2·12

Clerk/Administrator

MC 06  (6/96)   **NOTICE TO APPEAR**

EXHIBIT D

# KENTUCKY COURT OF JUSTICE

Case Number: 2012SC000042

## Case #: 2012-SC-000042

- Attorney's Last Name
- Case Number
- Circuit Case
- Litigants
- Main

Links:

- Kentucky Supreme Court Opinions
- Kentucky Supreme Court Briefs

- **Appellant:** JOSEPH MULLINS

    vs

- **Appellee:** REDFORD TWP, et al

| StepSheet | Litigants | Attorney | Circuit |
| Supreme | Other | | |

### Case Information

| Case # | 2012-SC-000042 |
|---|---|
| Case Type | Discretionary Review (CIVIL): (1I) |
| Document Type | Discretionary Review: (D) |
| Case Status | Active: (A) |
| Last Main Event | MOTION FOR DISCRETIONARY REVIEW (CIVIL) (01/24/2012) |

| Case Info | Litigants | Attorney | Circuit |
| Supreme | Other | | |

### StepSheet

| Step # | Date | Description | Memo |
|---|---|---|---|
| 1 | 10/06/2010 | JUDGMENT / ORIGINAL ACTION DATE: JD | |
| | | COURTS OWN MOTION: DEFICIENCY LETTER: BCDEFF | DEFICIENT ORDER - PURSUANT TO CR 11 A PARTY WHO IS NOT REPRESENTED BY AN ATTORNEY SHALL SIGN HIS PLEADING, MOTION OR OTHER |

EXHIBIT E

# CIVIL COVER SHEET

County in which action arose: **WAYNE**

...over sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided ...of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating ...ket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I.

**PLAINTIFFS**
JOSEPH MULLINS

**DEFENDANTS**
REDFORD TOWNSHIP, a municipal corporation, MICHAEL L BOSNIC in his official and individual capacities; W HAND in his official and individual, jointly and severally.

(b) County of Residence of First Listed Plaintiff: **WAYNE**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: **WAYNE**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
IN PRO SE JOSEPH MULLINS
11364 INKSTER RD
REDFORD MI 48239    734 762 0000  FAX 313 937 6100

Attorneys (If Known)
UNKNOWN

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **LABOR** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☒ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
42 USC 1983

Brief description of cause:
REDFORD TWP PROCEEDING W/MALICIOUS PROSECUTION, FAILING TO PROVIDE EQUAL PROTECTION & DUE PROCESS

## VII. REQUESTED IN COMPLAINT:

- ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $ 10,000,000
- CHECK YES only if demanded in complaint:
- JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions)
JUDGE _____   DOCKET NUMBER _____

DATE: February 12, 2012

SIGNATURE OF ATTORNEY OF RECORD: /s/ Joseph Mullins IN PRO SE

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

ANT TO LOCAL RULE 83.11

Is this a case that has been previously dismissed?   ☐ Yes  ☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)   ☐ Yes  ☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

Notes: OTHER CASES BUT NOT COMPANION CASES