UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Joseph Mullins,

       Plaintiff,                           Case No. 12-10702

v.                                              Hon. Nancy G. Edmunds

Redford Township, et al.,

       Defendants.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION [21]

      This matter has come before the Court on the Magistrate Judge's Report and Recommendation [21]. Being fully advised in the premises and having reviewed the record and the pleadings, including Plaintiff's Objections, the Court finds that the Magistrate reached the correct conclusion in the Report and Recommendation. Accordingly, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Defendants' Motion for Summery Judgment [#13] is GRANTED, and Plaintiff's claims are hereby DISMISSED WITH PREJUDICE.

      SO ORDERED.

                                     s/Nancy G. Edmunds
                                     Nancy G. Edmunds
                                     United States District Judge

Dated: June 27, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 27, 2013, by electronic and/or ordinary mail.

                                   s/Johnetta M. Curry-Williams
                                   Case Manager
                                   Acting in the Absence of Carol Hemeyer